

**NUMBERS 13-20-00107-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **TYLER FARMER,** | **APPELLANT,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **APPELLEE.** |

### On Appeal from the 148th District Court
### of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

Appellant's counsel, Christopher Dorsey, filed a motion to withdraw as appointed attorney. According to the motion, good cause exists for him to withdraw because he started working for San Patricio County on December 16, 2020.

Adequate reason for the discharge of counsel and appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255

(Tex. App.--Houston [1st Dist.] 2004, pet. ref'd). In those circumstances where the appointment of counsel may be necessary, an appellate court should abate the proceeding to the trial court for determination of this issue. Accordingly, we CARRY the motion, ABATE the appeal, and REMAND the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellant has abandoned his appeal; if not, the trial court shall determine whether appellant is entitled to court-appointed counsel. If the trial court determines new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings. The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ordered.

PER CURIUM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of December, 2020.